IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00566-PAB-KLM

THOMAS HERMAN,

    Plaintiff,

v.

EQUITABLE ASCENT FINANCIAL, LLC, a Delaware limited liability company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Notice of Settlement [Docket No. 15; Filed June 13, 2012].

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for June 25, 2012 is **VACATED**. The parties shall file dismissal papers on or before **June 29, 2012**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion to Strike [Docket No. 11; Filed May 8, 2012] is **DENIED AS MOOT**.

    Dated: June 14, 2012